LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

7/3/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: DD          DEPUTY

| | |
|---|---|
| MACK WEST JR., | CASE NO. CV 17-4892-BRO(KES) |
| PLAINTIFF, | ORDER TO SHOW CAUSE AND |
| | TEMPORARY RESTRAINING ORDER |
| V, | IN EX PARTE |
| %0 F. ULLOA; %0 D. TORRES; %0 GRAY; | |
| SGT. SHOENAVCUER; SGT. D. GONZALES; | |
| CAPTAIN C. FREEMAN; CHIEF DEPUTY WARDEN | |
| XAVIOR CANO; CLINICIAN'S DR. PAZ AND DR. | |
| GHESSIMI; CCII. T. RHODES AND CCI. BURNS ET AL. | |
| ET. AL,  DEFENDEND | |
| DEFENDANTS | |

UPON THE DEFENDANTS' CDW. XAVIOR CANO, CAPTAIN C. FREEMAN, %0 F. ULLOA;
%0 D. TORRES, %0 GRAY, SGT. SHOENAVCUER, SGT. D. GONZALES; CCII. T. RHODES, CCI.
BURNS, CLINICIANS DR. PAZ AND DR. GHESSIMI. SHOW CAUSE IN ROOM
OF THE UNITED STATES COURTHOUSE, 312 N. SPRING STREET #G-8, LOS
ANGELES, CALIF. 90012-4793 ON THE _____ DAY OF
_____ 2017, AT _____ O'CLOCK, WHY A PRELIMINARY
INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE 65 (a) FED. R. CIV.
P. ENJOINING THE SAID DEFENDANTS' THEIR SUCCESSORS IN OFFICE, AGENTS AND

Court Paper

Printed on

Recycled Paper

1 o 3

1. EMPLOYEES AND ALL OTHER PERSONS ACTING IN CONCERN AND PARTICIPATION
2. WITH THEM, TO ARRANGE IMMEDIATE TRANSFER TO ANOTHER PRISON TO PROTECT
3. PLAINTIFF'S SAFETY AND FROM THIS THREAT OF DANGER; TO ARRANGE
4. PLAINTIFF IMMEDIATE RELEASE FROM ADMINISTRATIVE SEGREGATION TO
5. THAT HAS AND STILL IS VIOLATING PLAINTIFF DUE PROCESS UNDER THE
6. 14TH AMENDMENT OF THE U.S. CONSTITUTION; TO ARRANGE PLAINTIFF BE
7. RETURNED ALL HIS PROPERTY CONFISCATED IMMEDIATELY TO PROTECT
8. HIS DUE PROCESS UNDER PROPERTY INTEREST; TO ARRANGE PLAINTIFF
9. TO BE TRANSFERRED IMMEDIATELY TO PREVENT THE ONGOING RETALIATION
10. BY DEFENDANTS C/O D. TORRES AND C/O E. ULLOA BX FOR REPORTING
11. THEIR VIOLATIONS; TO ARRANGE PLAINTIFF TO BE IMMEDIATELY
12. RELEASE FROM AD SEG TO PROTECT PLAINTIFF 8TH AMENDMENT RIGHT
13. TO ADEQUATE MENTAL HEALTH TREATMENT; TO ARRANGE FOR THE
14. FALSE RVR OF POSSESSION OF A WEAPON BE DISMISSED.
15. IT IS FURTHER ORDERED THAT EFFECTIVE IMMEDIATELY AND
16. PENDING THE HEARING AND DETERMINATION OF THIS ORDER TO SHOW
17. CAUSE CAUSE DEFENDANTS C/O E. ULLOA, C/O D. TORRES, C/O GRAY, SGT.
18. SHOEMAKER, SGT. D. GONZALES, CAPTAIN C. FREEMAN, CHIEF DEPUTY
19. WARDEN XAVIOR CANO, AND C.C.II. T. RHODES, AND CCI. BURNS, AND
20. CLINICIAN DR. PAZ AND DR. GUTESSHI SHALL ARRANGE FOR PLAINTIFF
21. TRANSFER TO ANOTHER PRISON, AND BE TO RELEASE PLAINTIFF FROM
22. AD SEG. TO PROTECT PLAINTIFF SAFETY AND HEALTH; AND TO ARRANGE
23. PLAINTIFF ENTIRE PROPERTY RETURNED TO PLAINTIFF TO STOP THE DUE
24. PROCESS VIOLATION AND TO ARRANGE THE DISMISSAL OF THE FALSE
25. RVR DUE TO THE DEADLY WEAPON WAS PLANTED IN RETALIATION AND TO
26. FURTHER RETALIATE AGAINST PLAINTIFF BECAUSE OF REPORTING
27. DEFENDANTS' VIOLATIONS.

Court Paper

Printed on



Recycled Paper

1  IT IS FURTHER ORDERED, THAT THIS ORDER TO SHOW CAUSE AND

2  ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, SHALL BE SERVED ON

3  DEFENDANTS CHIEF DEPUTY WARDEN XAVIOR CANO, CAPTAIN C. FREEMAN, C/O

4  F. ULLOA, C/O D. TORRES C/O GRAY, SGT. D. GONZALES, SGT. SHOEMAKER

5  CLINICIAN DR. PAZ AND DR. CHESSINI, AND CCI T. RHODES AND CCI.

6  BURNS BY _____ 2017 AND THE UNITED STATES

7  MARSHALL SERVICE IS HEREBY DIRECTED TO EFFECTIVE SUCH

8  SERVICE.

9

10

11  UNITED STATES DISTRICT JUDGE

12

13

14  DATED:

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Court Paper
Printed on
Recycled Paper

<u>PROOF OF SERVICE BY MAIL</u>

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, *MICK WEST JR*_____, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC *D5* - *147*, P.O. Box 8457, Lancaster, CA 93539-8457.

On ‐ *6‐30‐17*_____, I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s):

*EX PARTE TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION ORDER TO SHOW CAUSE*

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

*UNITED STATES DISTRICT COURT*
*CENTRAL DISTRICT OF CALIFORNIA*
*CLERK OFFICE*
*312 N. SPRING STREET #G‐8*
*LOS ANGELES, CA  90012 ‐4*

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this *30* day of *JUNE*_____, 20*17* at the California State Prison - Los Angeles County.