O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WEST, JR.,<br><br>              Plaintiff,<br><br>     v.<br><br>F. ULLOA, ET AL.,<br><br>              Defendants. | Case No.  2:17-cv-04892-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the R&R to which objections were made.

IT IS ORDERED THAT:

The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

The Fourth Amended Complaint is **DISMISSED WITH PREJUDICE** and without leave to amend.

Final judgment consistent with this Order shall be entered as a separate document.

1    This action is **TERMINATED** and the case SHALL BE CLOSED.
2    IT IS SO ORDERED.
3
4  Date:  September 30, 2020
5                                                    _____
6                                                       Honorable Valerie Baker Fairbank
                                                         UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28