JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK WEST, JR., | Case No.  2:17-cv-04892-VBF (KES) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| F. ULLOA, et al., | |
| Defendants. | |

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.  IT IS SO ADJUDGED.

Date:  September 30, 2020

_____
Honorable Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE